Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court **DISTRICT OF MASSACHUSETTS - EASTERN DIVISION** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Possible Dreams, LTD. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): **OCT 22'03 PM 3:56 USB** |
| Soc. Sec./Tax I.D. No. (if more than one, state all): EIN: 51-0374162 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): Six Perry Drive Foxboro, MA 02035 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Norfolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): **FILING FEE PAID** |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: Jeanne P. Darcey, BBO No. 541835 Palmer & Dodge LLP 111 Huntington Ave. at Prudential Center Boston, MA 02199-7613 ph: 617-239-0100 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

[ ] Individual(s)     [ ] Railroad
[✓] Corporation      [ ] Stockbroker
[ ] Partnership      [ ] Commodity Broker
[ ] Other _____

**Nature of Debts** (Check one box)

[ ] Consumer/Non-Business     [✓] Business

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[ ] Chapter 7      [✓] Chapter 11     [ ] Chapter 13
[ ] Chapter 9      [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Filing Fee** (Check one box)

[✓] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

[✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.0-560 - 31021

**(Official Form 1) (9/01)**

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Possible Dreams, LTD. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|

| District: | Relationship: | Judge: OCT 22'03 PM 3:56 USB |
|---|---|---|

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ Jeanne P. Darcey *Jeanne P. Darcey*
Signature of Attorney for Debtor(s)

JEANNE P. DARCEY BBO No. 541835
Printed Name of Attorney for Debtor(s)
Palmer & Dodge LLP, as local counsel for
Genovese Joblove & Battista, P.A.
Firm Name

111 Huntington Ave. at Prudential Center
Address

Boston, MA 02199-7613

617-239-0100
Telephone Number

*October 22, 2003*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Russell F. Peppet  *Russell F. Peppet*
Signature of Authorized Individual

RUSSELL F. PEPPET
Printed Name of Authorized Individual

Chairman and Chief Executive Officer
Title of Authorized Individual

*October 20, 2003*
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-560 – 3021

## WRITTEN CONSENT IN LIEU OF A
## SPECIAL MEETING OF THE BOARD OF
## DIRECTORS OF POSSIBLE DREAMS, LTD.

The undersigned, being all of the directors of Possible Dreams, Ltd., a Delaware corporation (the "Company"), hereby adopt the following resolutions in lieu of a Special Meeting of the Board of Directors of the Company:

BE IT RESOLVED that the Company is hereby authorized to file a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Massachusetts, Boston Division (the "Bankruptcy Court"), in order to effectuate a reorganization of the Company and/or a sale of all or substantially all of the Company's assets in such proceeding, and

BE IT FURTHER RESOLVED that each of Russell F. Peppet, Chief Executive Officer and Director of the Company, A. George Gebauer, Director of the Company, and Michael Rizzo, the Chief Financial Officer of the Company (the "Authorized Persons") are hereby authorized to execute the Bankruptcy Petition, the Schedules of Assets and Liabilities, the Statement of Financial Affairs, any Plan of Reorganization or Plan of Liquidation, any agreement relating to the sale of all or substantially all of the Company's assets in one or more transaction, and all other documents that may be necessary or desirable in connection with the Chapter 11 bankruptcy of the Company, and are further authorized to take any and all actions necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and

BE IT FURTHER RESOLVED that the Company is authorized to pursue a transaction for the sale of all or substantially all of the non-real estate assets of the Company to Willitts Designs International, Inc. ("Willitts") pursuant to the terms of that certain Letter of Intent, dated October 2, 2003, subject, among other things, to the execution and delivery of an acceptable purchase and sale agreement with Willitts.

BE IT FURTHER RESOLVED that the Company is authorized (i) to retain the law firm of Genovese Joblove & Battista, P.A. to represent it in the preparation and prosecution of the Chapter 11 bankruptcy of the Company and all proceedings related thereto, (ii) to retain the law

firm of Palmer & Dodge, LLP as local counsel to represent it in the preparation and prosecution of the Chapter 11 bankruptcy of the Company and all proceedings related thereto; and (iii) to retain such other professionals to represent the Company as are necessary in connection with the Chapter 11 bankruptcy, and

BE IT FURTHER RESOLVED, that the Authorized Officers of the Company are hereby authorized, empowered and directed to do all things, to take all actions and to execute all pleadings and documents which such officers may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and it is

BE IT FURTHER RESOLVED that any and all actions previously taken by any director, officer, employee or agent of the Company regarding or related to the Company's reorganization or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Consent this 20th day of October, 2003.

By: _____          By: _____
    Russell F. Peppet                    A. George Gebauer

Form B4
11/92

## Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

In re   Possible Dreams, LTD.

Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim  [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | | $14,570 |
| Asian Gift Alliance Ltd.<br>Taipei World Trade Center<br>Room 5e19, 5 Hsin-Yi Road,<br>Taipei, TAIWAN | | | | $153,407 |
| Bankers<br>P.O. Box 9209<br>Uniondale, NY 11555-9209 | | | | $41,733 |
| CFO Management Inc.<br>225 Fifth Avenue<br>Pos01<br>New York, NY 10010 | | | | $36,932 |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 14.0-560 - 31031

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cliff Price & Company Dallas Trade Mart 2100 Stemmons Freeway Suite 1860 Dallas, TX 75207 | | | | $75,967 |
| Dennis Nemcek 30460 Greenland Livonia, MI 48154 | | | | $24,241 |
| Donovan Herron Richardson & Co 1500 Atlanta Gift Mart 230 Spring Street Atlanta, GA 30303 | | | | $20,177 |
| Federal Express Corp. Po Box 1140 Dept A Memphis, TN 38101-1140 | | | | $45,079 |
| Folkraft Co. Ltd 8F-3, 75 Hsin Tai Wu Rd Sec1 Hsi Chih Taipei Hsien, TAIWAN | | | | $572,716 |
| Heartland #4 Swanton Ct. St. Charles, MO 63304 | | | | $18,443 |
| Ivystone Group 301 Commerce Drive Exton, PA 19341 | | | | $56,275 |
| Joseph Schriver 6 Dover Farm Road Medfield, MA 02052 | | | | $19,600 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim  [if secured also state value of security] |
| King's Craft (H.K.) Ltd. 9F, No. 205, Sec. 3 Pei-hsin Road Hsin-tien City, Taipei Hsien, 231 TAIWAN | | | | $32,358 |
| L.I.S.A. 55025 Coreglia Antelminelli Lucca, ITALY | | | | $22,055 |
| Leonard I. Miller QTIP Trust A c/o Seegul, Lipshutz & Wilchins, P.C. Attn: Richard L. Seagul Wellesley Office Park 60 William Street Wellesley, MA 02481 | | | | $2,211,095 |
| Plastics Plus, Inc. 1 Hatch Street Cumberland, RI 02864 | | | | $47,772 |
| Saratoga Forwarding Co., Inc. 80 Everett Avenue Chelsea, MA 02150 | | | | $131,313 |
| Security Capital Corp., Inc. One Pickwick Plaza Suite # 310 Greenwich, CT 06830-2022 | | | | $133,461 |
| Todays Treasures Inc. 4 Th Fl No. 11, Lane 329 Sec 1 Tung Hua S. Rd. Taipei, TAIWAN | | | | $35,327 |
| WE Andrews Co., Inc. 140 South Road Belford, MA 01730 | | | | $103,948 |

Bankruptcy2002 ©1991-2002, New Hope Software, Inc., ver. 3.4.0-560 - 11921

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim  [if secured also state value of security]* |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    October 22, 2003

Signature

MICHAEL J. RIZZO,
Chief Financial Officer

Bankruptcy2002 ©1991-2002, New Hope Software, Inc. ver. 3.4.0-560 - 31021

Adecco Employment Services
P.O. Box 371084
"Pittsburgh, PA 15250-7084"

Advance Pay Systems Inc.
One Old Conty Road
Suite 590
"Carle Place, NY 11514"

Alfred Schrier
9641 Kirtland Chardon Rd.
"Kirtland, OH 44094"

Amega Group Credit Information
1100 Main St
"Buffalo, NY 14209-2356"

American Express
P.O. Box 360001
"Fort Lauderdale, FL 33336-0001"

American United Life Insurance
5348 Reliable Parkway
"Chicago, IL 60686-0053"

American United Life Insurance
5348 Reliable Parkway
"Chicago, IL 60686-0053"

Americasmart Real Estate Llc
(Ref: Merchandise Mart)
P. O. Box 116560
"Atlanta, GA 30368-6560"

Ascom Hasler Inc.
P.O. Box 353
"Shelton, CT 06484"

Ascom Hasler Mailing Systems
P.O. Box 802585
"Chicago, IL 60680-2585"

Asian Gift Alliance Ltd.
Taipei World Trade Center
Room 5e19 5 Hsin-yi Road
"Taipei, TAIWAN "

AT&T
P. O. Box 2969
"Omaha, NE 68103-2969"

Automatic Data Processing
225 Second Ave
"Waltham, MA 02454-9081"

B-p Trucking Inc.
P. O. Box 386
"Ashland, MA 01721"

B. L. Rogers
35 West Street
P. O. Box 432
"Northboro, MA 01532"

Bankers
P. O. Box 9209
"Uniondale, NY 11555-9209"

Barcode Systems & Suppliesinc
772 East 185th Street
"Cleveland, OH 44119"

Bay State Gas Company
Acct # 165-141-89391-8
P. O. Box 830014
"Baltimore, MD 21283-0014"

Bell South
P. O. Box 740144
"Atlanta, GA 30374-0144"

Bemak Traffic Service
48 North Plains Industrial Rd
"Wallingford, CT 06492"

C & K International Ltd
3f No.70
Chung Yang N Rd  Sec. 1 Peitou
"Taipei, TAIWAN "

Catalog Network
3875 Regent Drive
"Dallas, TX 75229"

Central Signal Corp.
101 Commercial Street
P O Box R
"Malden, MA 02148-0004"

Cfo Management Inc.
225 Fifth Avenue
POS01
"New York, NY 10010"

Charrette Corporation
P. O. Box 9581
"Manchester, NH 03108-9581"

Cliff Price & Company
Dallas Trade Mart
2100 Stemmons Freeway Ste 1860
"Dallas, TX 75207"

Cma-california Marketing Assoc
110 East Ninth Street
Suite A-1300
"Los Angeles, CA 90079-2827"

Coffee Distributing Corp.
P. O. Box 766
"Garden City Park, NY 11040-0604"

Commonwealth of Massachusetts
Ma Department of Revenue
P O Box 7046
"Boston, MA 02204"

Commonwealth of Massachusetts
Ma Department of Revenue
P O Box 7046
"Boston, MA 02204"

Conlon Moving & Storage Inc.
55 Mead Street
"Seekonk, MA 02771"

Coritek
1576 Sweet Home Road
"Amherst, NY 14228-2710"

Cts Services Inc.
260 Maple Street
"Bellingham, MA 02019"

Curtis Publishing Company
1000 Waterway Blvd.
"Indianapolis, IN 46202"

Custom Corrugated Box
25 Almeida Ave
"East Providence, RI 02861"

David Selter
948 Edward Avenue
"Louisville, KY 40204"

David Wenzel
P.O. Box 294
95-r Maple Ave
"Durham, CT 06422"

Dell Financial Services
Payment Processing Center
P.O. Box 5292
"Carol Stream, IL 60197-5292"

Dennis Nemcek
30460 Greenland
"Livonia, MI 48154"

Dmw Associates
Denver Merchandise Mart
451 E. 58th Avenue Suite 2323
"Denver, CO 80216"

Don-mar Associates
41 Highland Avenue
"Bridgewater, NJ 08807"

Donovan Herron Richardson & Co
1500 Atlanta Gift Mart
230 Spring Street
"Atlanta, GA 30303"

Drummers
301 Commerce Drive
"Exton, PA 19341"

Dun & Bradstreet
P. O. Box 75542
"Chicago, IL 60675-5542"

Eastern Digital Solutions
P.O. Box 5722
19 Brigham Street Unit 9
"Marlboro, MA 01752"

Edith Collection Inc
12230 Avila Drive
"Kansas City, MO 64145"

Edwards & Angell Llp
Department 956
P. O. Box 40000
"Hartford, CT 06151-0956"

Employment 2000
P.O. Box 19086
"Johnston, RI 02919"

Federal Express Corp.
P.O. Box 1140 Dept a
"Memphis, TN 38101-1140"

Fire Extinguisher Ser Co Inc
17 Hayden Drive
"Foxboro, MA 02035"

Folkraft Co. Ltd
8f-3 75 Hsin Tai Wu Rd Sec1
Hsi Chih
"Taipei Hsien, TAIWAN "

Formakers Trading Co. HK
Rm 701 Tins Enterprises Centre
777 Lai Chi Kok Road
"Kowloon, HONG KONG "

Foxborough Fire Department
Department of EMS
40 School Street
"Foxboro, MA 02035"

Foxfield Taxi Corporation
P.O. Box 1342
"Mansfield, MA 02048"

Gift Creations Concepts
2310 County Road D West
"New Brighton, MN 55112-3596"

Gilstein Photography
4706 South County Trail
"Charlestown, RI 02813"

Gingerbread House Designs
Judith Ann Griffith
Main Street P. O. Box 31
"Owensburg, IN 47453"

Global Computer Supplies
Dept. 7777
P.O. Box 5133
"Chicago, IL 60680-5133"

Gloriosa
655 Highland Avenue
Number Eight
"Atlanta, GA 30312"

Greeting International Inc.
4th Fl No. 51-1 Lane 35
Jihu Rd - Neihu Chiu
"Taipei, TAIWAN "

Harris Benvenuti Inc.
47 High Street
"Philadelphia, PA 19144-2116"

Hatton Llc
520 Wayne Drive
"Southampton, PA 18966"

Heartland
#4 Swanton Ct
"St Charles, MO 63304"

Hodges Badge Company Inc.
P. O. Box 1290
"Portsmouth, RI 02871-0925"

Hord Crystal Corporation
33-45 York Avenue
"Pawtucket, RI 02860-6423"

Hoyt Publishing Co.
Publication
75 Remittance Dr. - Suite 1650
"Chicago, IL 60675-1650"

Interart Holding Corp.
1145 Sunrise Greeting Court
P O Box 4699
"Bloomington, IN 47402"

Internal Revenue Service
P.O. Box 22421
"Newark, NJ 07101"

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112 - JFK Building
"Boston, MA 02203"

International Business Machine
P.O. Box 7247-0276
"Philadelphia, PA 19170-0276"

Ivystone Group
301 Commerce Drive
"Exton, PA 19341"

Jeanne Beury
5008 Palmer Court
Willow Brook
"Clayton, NC 27520"

Joe Woulfe
320 E 23rd Street
Apt. 12h
"New York, NY 10010-4721"

Joseph Schriver
6 Dover Farm Road
"Medfield, MA 02052"

Judi Vaillancourt Design
349 Central Turnpike
"Sutton, MA 01590"

Kasma Ltd. Partnership
12/24-26 Sukhumvit 33
Sukhumvit Rd Klongton-nua
"Watana Bangkok, THAILAND "

Keenan Longcor & Associates
6100 4th Ave South
No 147
"Seattle, WA "

Key Container Corporation
21 Campbell Street
P. O. Box 2370
"Pawtucket, RI 02861-2370"

King's Craft (H.K.) Ltd.
9f No. 205 Sec. 3
Pei-hsin Road Hsin-tien City
"Taipei Hsien 231, TAIWAN "

Kingsley Sales & Marketing
Attn: Roger Fitness
12069 E. Yucca Street
"Scottsdale, AZ 85259"

Kingsweet Enterprises Co
3f-14no. 9
San-ming Road
"Taipei, TAIWAN "

L.I.S.A.
55025 Coreglia Antelminelli
"Lucca, ITALY "

"LaSalle Business Credit, LLC"
135 South LaSalle Street
Suite 425
"Chicago, IL 60603"

Lavergne & Associates Ltd
C/o Lavergne Papeck
1516-b Touhy Avenue
"Park Ridge, IL 60068"

Linda Smith-whitten
240 South Shore Drive
"Ochlockne, GA 31773"

Louisiana Dept of Revenue
P. O. Box 201
"Baton Rouge, LA 70821-0201"

Lyn Fletcher
55 Rounds Avenue
"Riverside, RI 02915"

Lynne Andrews
181 Tourtellot Hill Road
"Chepachet, RI 02814"

Maravel & Associates
1430 Triangle Drive
"Saint Joseph, WI 54082"

Margaret L. Toole
4785 Wilde Drive
"Colorado Spring, CO 80916"

Mary Monteiro
29 Medeiros Street
"N Dartmouth , MA 02747"

Mass Environmental Systems
51 Chestnut Street
"Foxboro, MA 02035"

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 55484
"Boston, MA 02205"

Massachusetts Dept. Of Revenue
Litigation Bureau - Bankruptcy Unit
P.O. Box 55484 - 51 Sleeper St.
"Boston, MA 02205"

Maurie Baker
P. O. Box 92
"Glendora, CA 91740"

Mcd Air Transport Inc.
P.O. Box 7143
"Cumberland, RI 02864"

Mercedes-benz Credit Corp
P. O. Box 530052
01-400-44665-02-49001
"Atlanta, GA 30353-0052"

Mercury Print & Mail
P. O. Box 6447
"Providence, RI 02940"

Micro Center
P.O.box 18321
"Columbus, OH 43218-0321"

Midland National Life Insurance Co.
One Midland Plaza
"Sioux Falls, SD 57193"

Morgan Lewis & Brockius Llp
101 Park Avenue
"New York, NY 10178-0060"

National Church Goods Assoc.
800 Roosevelt Road
Building C Suite 20
"Glen Ellyn, IL 60137"

Native Image Inc
147 South Street
"Providence, RI 02903"

New England Motor Freight Inc
1-71 North Avenue East
P O Box 6031
"Elizabeth, NJ 07207-6031"

New York State
Dept of Labor - UI Div
Po Box 27435
"New York, NY 10087-7435"

New York State
Dept of Labor - Ui Div
PO Box 27435
"New York, NY 10087-7435"

Officemax Credit Plan
P. O. Box 9020
Acct#6011583601495624
"Des Moines, IA 50368-9020"

One Stop Business Centers Inc
21 Ray Avenue
"Burlington, MA 01803"

One Write
P.O. Box 642111
"Pittsburgh, PA 15264-2111"

Philip Soong & Assoc
202 Luk Hoi Tong Bldg
31 Queen's Road Central - ROC
HONG KONG

Plastics Plus Inc
1 Hatch Street
"Cumberland, RI 02864"

Poland Spring Water
Processing Center
P.O. Box 52271
"Phoenix, AZ 85072-2271"

Qrs Sales & Services Corp
Department 05039
P O Box 39000
"San Francisco, CA 94139-5039"

Rand Lighting Corporation
303 Fifth Avenue
"New York, NY 10016"

Remington Press Inc.
222 Jefferson Boulevard
"Warwick, RI 02888"

Revenue Accounting Dept -B & C
Massachusetts Electric Co.
Processing Center
"Woburn, MA 01807-0005"

Rich Wiseman  Llc
7 Avenida Vista Grande 250
"Santa Fe, NM 87508-9199"

Richard Condon
846 Manzanita
"Laguna Beach, CA 92651"

Robert Stebleton
2781 S. E. 37th Street
"Ocala, FL 34471"

Roger Wilson & Associates
9716 Washburn Rd
"Downey, CA 90241"

Ron Singer
60 Lorraine Cresent
"Bampton ON L6s2r7, CANADA "

Roseland Industries Limited
Flat C 11f Winner Building
36 Man Yue Street Hunghom
"Kowloon, HONG KONG "

Ruddell & Associates
The Giftcenter
888 Brannan Street Suite 477
"San Francisco, CA 94103"

Sales Partners
10249 Yellow Circle Dr #103
"Minnetonka, MN 55343"

Saratoga Forwarding Co. Inc.
80 Everett Avenue
"Chelsea, MA 02150"

Security Capital Corp. Inc.
One Pickwick Plaza
Suite # 310
"Greenwich, CT 06830-2022"

Softshareinc.
2241 Stanwood Drive
"Santa Barbara, CA 93103"

Stenhouse Consultingllc
4 Traversestreet
"Providence, RI 02906"

Storopack
Dept C
Location 00207
"Cincinnati, OH 45264-0207"

T Mobile
P.O. Box 790047
"St. Louis, MO 63179-0047"

Taiwan Novelty Limited
2 Fl. No. 2 Ming Tsu East Road
Chung Shan Building
"Taipei, TAIWAN 10486"

Tele-dynamics Inc.
56 Manley Street
"W Bridgewater, MA 02379"

Terminix
705 Mylse Standish Blvd.
"Taunton, MA 02035-1051"

The Allied Group
Accounts Receivable
25 Amflex Drive
"Cranston, RI 02921"

The Guardian Life Insurance Co.
P.O. Box 95101
"Chicago, IL "

The Hartford
P.O. Box 2907
"Hartfrd, CT 06104-2907"

The Leaflet Missal Company
976 W Minnehaha Avenue
"Saint Paul, MN 55104"

The Moore Store
P.O. Box 6147
"Carol Stream, IL 60197-6147"

The National Association
Of Limited Edition Dealers
8205 Spain Ne Suite 105
"Albuquerque, NM 87109-3155"

The Standard Register Co.
P. O. Box 91047
"Chicago, IL 60693"

Todays Treasures Inc.
4 Th Fl No. 11 Lane 329
Sec 1 Tung Hua S. Rd.
"Taipei, TAIWAN "

Tom Browning
(Santa's Time Off)
16052 Foothill Lane
"Sisters, OR 97759"

Town of Foxborough
40 South Street
"Foxboro, MA 02035"

Town of Foxborough
40 South Street
"Foxboro, MA 02035"

Town of Walpole
Finance Department
P. O. Box 387
"Walpole, MA 02081-0387"

Town of Walpole
Finance Department
P. O. Box 387
"Walpole, MA 02081-0387"

Traditions Unlimited Inc.
6100 4th Avenue South
SUITE 533
"Seattle, WA 98108"

Tufts Health Plan / 42662
P.O. Box 9224
"Chelsea, MA 02150-9224"

Uline
2200 S. Lakeside Drive
"Waukegan, IL 60085"

Unisource
P. O. Box 360829
"Pittsburgh, PA 15251-6829"

United Parcel Service
Ac #012-144
P. O. Box 7247-0244
"Philadelphia, PA 19170-0001"

Venable Baetjer & Howardllp
575 7th Street Nw
"Washington, DC 20004"

Verizon
#508 543-5736 474 006
P O Box 28007
"Lehigh Valley, PA 18002-8007"

Verizon
#508 543-6667 820 006 7
P. O. Box 28007
"Leigh Valley, PA 18002-8007"

Verizon
P O Box 15124
"Albany, NY 12212-5124"

Verizon Wireless
P. O. Box 489
Acct#104448349
"Newark, NJ 07101-0489"

W. B. Mason Co Inc.
P O Box 111
59 Centre Street
"Brockton, MA 02303"

W.e. Andrews Co. Inc.
140 South Road
"Bedford, MA 01730"

whereoware.com
1600 International Drive
Suite 100
"Mclean, VA 22102"

Xiamen Tiffany Lee Lamps
No 1-18 Xinhe Ind Park
Dianqian Huli S.e.zonf 86
CHINA

Xo Communications
P.O. Box
"Philadelphia, PA 19182-8618"

Zemon Inc
6th Fl. No. 56 Sec. 4
Nanking East Road
"Tapiei, TAIWAN "